UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  THE MATTER OF T&M HOLDINGS, AS OWNER AND OPERATOR OF THE M/V DOUGLAS, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: <br><br> SECTION: <br><br> JUDGE: <br><br> MAGISTRATE JUDGE: <br><br> ADMIRALTY - Rule 9(h) |

**DECLARATION OF VALUE PURSUANT TO 28 U.S.C. § 1746**

1.    My name is Kyle J. Smith.  I am over the age of 21, and I am competent and capable of making this Declaration. I have personal knowledge of the facts and statements contained herein, and each of them is true and correct to the best of my knowledge, information and belief.

2.    I am a marine surveyor employed by Kyle Smith Marine Surveying, Inc., a firm engaged in the survey and appraisal of vessels. I am certified as a marine surveyor by the National Association of Marine Surveyors.

3.    Based on my inspection of the M/V DOUGLAS, and other market and cost data, it is my professional opinion that the fair market value of the DOUGLAS as of April 5, 2025, did not exceed ONE HUNDRED AND FORTY-EIGHT THOUSAND AND NO/100 ($148,000.00) U.S. DOLLARS, assuming there have been no material changes or modifications to the vessel, which would affect the stated value or intended service.

4.    The above valuations are based on my own personal knowledge, experience, background and professional opinion as a marine surveyor. It is issued without prejudice to any party and is subject to revision if further information discloses a need therefore.

EXHIBIT

1

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**EXECUTED IN** _Jefferson Parish_, Louisiana, this __27__ day of July 2026.

_(signature)_
Kyle J. Smith