UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  THE MATTER OF T&M HOLDINGS, AS OWNER OF THE M/V DOUGLAS, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.: <br><br> SECTION: <br><br> JUDGE: <br><br> MAGISTRATE JUDGE: <br><br> ADMIRALTY - Rule 9(h) |

## *EX PARTE* MOTION FOR APPROVAL OF SECURITY, RESTRAINING ORDER, NOTICE TO CLAIMANTS AND OTHER RELIEF

**COMES NOW**, through undersigned counsel, Limitation Petitioner, T&M Holdings, LLC ("TMH" or "Limitation Petitioner"), as owner of the M/V DOUGLAS, her engines, tackle, gear, furniture, appurtenances, etc. (hereinafter "the Vessel"), who, in accordance with Supplemental Admiralty Rule F, respectfully requests that the Court issue an Order approving Limitation Petitioner's proposed security, directing issuance of notice to Claimants, and restraining the prosecution of claims. Limitation Petitioner has secured the necessary security and now files this *Ex Parte* Motion to initiate the typical concursus proceeding. Limitation Petitioner has submitted a proposed Order detailing the precise relief requested and states its grounds in support of this Motion in the Memorandum attached hereto.

Dated: August 3, 2026.

{N4369879.1}

1

Respectfully submitted,

*/s/ Austin S. Glascoe*

ALFRED R. RUFTY (La. Bar No. 19990)
AUSTIN S. GLASCOE (La. Bar No. 38236)
JONES WALKER, LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:     (504) 582-8238
Facsimile:     (504) 589-8238
E-Mail:          aglascoe@joneswalker.com
                     arfuty@joneswalker.com

***Attorneys for Limitation Petitioner, T&M Holdings, LLC***